UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

In Re: Norman E. Watts					Misc. No. 2:24-mc-155

## ORDER OF SUSPENSION

On August 2, 2024, the above-named individual was suspended from the practice of law in Vermont by the Vermont Professional Responsibility Board for a period of two (2) years with one (1) year on probation after the date of his reinstatement.

In conformity with the Vermont Professional Responsibility Board, it is hereby ORDERED that said NORMAN E. WATTS, ESQ. is suspended from the practice of law before this court for a period of two (2) years commencing the date of this order.

Dated at Burlington, in the District of Vermont, this 24th day in October, 2024.

Christina Reiss, Chief Judge
United State District Court